IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **DENNIS E. HARNISCH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CASE NO.: 5:08CV55-R |
| | ) |
| **ILLINOIS CENTRAL RAILROAD** | ) |
| **COMPANY, a corporation,** | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

### I. PARTIES AND JURISDICTION

1. The Plaintiff, Dennis E. Harnisch, is an individual citizen and resident of Anna, Illinois.

2. The Defendant, Illinois Central Railroad Company, is an Illinois corporation which does business in Paducah, Kentucky. The Defendant is a common carrier by railroad engaged in the business of operating a railroad in interstate commerce for hire for the purpose of carrying freight.

3. The Plaintiff, at all times referred to herein, was an employee of the Defendant and was acting within the line and scope of his employment for the Defendant. The Plaintiff's duties of employment for the Defendant were in furtherance of interstate commerce or directly or closely affected interstate commerce.

4. The incident which is the subject of this action occurred in Fulton, Kentucky.

5. This action is brought pursuant to the provisions of the Federal Employers Liability Act, 45 U.S.C., §51, et seq. This Court has jurisdiction pursuant to 28 U.S.C.

§1331, in that this is an action arising under the laws of the United States.

## II.  FACTS

6. On August 18, 2006, the Plaintiff, Dennis E. Harnisch, was working as a conductor for the Illinois Central Railroad on a railroad switching job in the railroad's yard in Fulton, Kentucky.  As part of his work, Mr. Harnisch attempted to apply a handbrake on a rail car.  The rail car was covered in oil.  As Mr. Harnisch attempted to turn the brake wheel, he slipped on the oil, fell from the car and suffered severe and permanent injuries.

## III.  FIRST CAUSE OF ACTION - NEGLIGENCE

7. All of the Plaintiff's injuries and damages were caused, in whole or in part, by the negligence of the Defendant, Illinois Central Railroad Company, its agents, servants or employees while acting within the line and scope of their employment for said Defendant, or by reason of a defect or insufficiency due to the Defendant's negligence in its work practices, safety practices, and inspection practices at the time and place where the Plaintiff suffered his above mentioned injuries and damages.

## IV.  SECOND CAUSE OF ACTION - NEGLIGENCE

8. All of the Plaintiff's injuries and damages were caused, in whole or in part, by the negligent failure of the Defendant to use reasonable care to provide to the Plaintiff a reasonably safe place for the Plaintiff to perform his work and labor for the Defendant.

## V.  THIRD CAUSE OF ACTION - VIOLATION OF SAFETY APPLIANCE ACT

9. The Plaintiff avers that all of his injuries and damages were caused, in

whole or in part, by a violation by the defendant railroad of those Acts of Congress commonly referred to as the Safety Appliance Acts, 49 U.S.C. §20302 in that the defendant railroad allowed to be used on its railroad line a rail car which was not equipped with safe and secure ladders, sill steps, handholds, grab irons, and handbrakes.

## VI.  DAMAGES

10. The Plaintiff avers that as a direct result of the negligence of the Defendant, he has been caused to suffer the following injuries and damages:

    (a)    Past lost wages;

    (b)    Future lost wages and fringe benefits;

    (c)    Impairment of earning capacity;

    (d)    Past and future physical pain and mental anguish;

    (e)    Past and future medical expenses.

11. As damages, the Plaintiff claims of the Defendant the sum of Five Hundred Thousand Dollars ($500,000.00).

## VII.  JURY DEMAND

12. The Plaintiff demands a trial by a jury.

WHEREFORE, the Plaintiff prays for a trial by jury, that summons issue, that judgment be entered in favor of him and against the Defendant and that the following relief be granted:

    (a)    That the Plaintiff be awarded damages in an amount to fully and fairly compensate him for his injuries;

  (b)  That the cost of this action be assessed against the Defendant.

  (c)  That this Court grant such other and further relief as it deems just and proper.

             *s/ James H. Wettermark*
             James H. Wettermark
             Wettermark Holland & Keith, LLC
             2101 Highland Avenue S., Suite 700
             Birmingham, AL 35205
             205-933-9500
             205-212-9500 (facsimile)
             james@whklaw.com

             Attorney for Plaintiff

**SERVE DEFENDANT AT:**
CT Corporation System
Kentucky Home Life Building
Louisivlle, KY  40202